# In the Matter of the Estate of Addie Rydberg, Deceased.

**Gen. No. 11,748.** 

Second District, Second Division.

October 14, 1963.

Maynard & Maynard, of Rockford (James F. Maynard, of counsel), for appellant; Nash, Ferolie & Ohlson, of Rockford (Lawrence J. Ferolie and Larry E. Ohlson, of counsel), for appellee. Opinion by JUDGE SPIVEY. **Not to be published in full.**